UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 27, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MOTLEY,

    Defendant.

Case No. 2:22-cr-00058-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL MOTLEY ,

Case No.  2:22-cr-00058-DJC , Charge 18 U.S.C. § 371, from custody for the following reasons:

- [ ] Release on Personal Recognizance
- [ ] Bail Posted in the Sum of $
- [x] Unsecured Appearance Bond $ 25,000.00
- [ ] Appearance Bond with 10% Deposit
- [ ] Appearance Bond with Surety
- [ ] Corporate Surety Bail Bond
- [x] (Other):  Terms as stated in court and release forthwith today, 10/27/2023, Defendant must report directly to the Pretrial Services office on 10/30/2023 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California at 3:00 PM.

Dated: October 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE