COSCA LAW CORPORATION
CHRIS COSCA   CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MICHAEL MOTLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00058 DJC |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| MICHAEL MOTLEY, | |
| Defendant. | |

## STIPULATION

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that defendant MICHAEL MOTLEY's Special Condition of Release #5 (ECF No. 171) be modified to read as follows: "You must restrict your travel to the Eastern and Northern Districts of California, unless otherwise approved in advance by the pretrial services officer."

///

///

///

///

                                                Respectfully submitted,

Dated: March 15, 2024                 /s/ Chris Cosca
                                          CHRIS COSCA
                                          Attorney for Defendant
                                          MICHAEL MOTLEY

Dated: March 15, 2024                 PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ Alexis Klein
                                          ALEXIS KLEIN
                                          Assistant US Attorney

                                                  **ORDER**

**IT IS SO ORDERD.**

Dated:  March 18, 2024

                                                  DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE